UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAHNI FANNIS, et al.,

                         **Plaintiffs,**

       -against-

ACE INDUSTRIES CONSTRUCTION, LLC, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2019

18-CV-00857 (SN)

ORDER OF DISMISSAL

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiffs bring this action under the Fair Labor Standards Act. ECF No. 1. The parties appeared before the Court for a settlement conference on January 8, 2019, and subsequently informed the Court that they had reached an agreement in principle. ECF Nos. 59, 63. Counsel for the parties submitted their proposed settlement agreement on February 19, 2019. ECF No. 64. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. See Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). Accordingly, the settlement is APPROVED, and the case is DISMISSED with prejudice.

      The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 64 and close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 28, 2019
               New York, New York